IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NANCY MEJIAS TAVAREZ            CASE NO.: 98-04525 (GAC)

                                CHAPTER 13
Debtor

FILED & ENTERED AUG 20 1999
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

### ORDER DISMISSING CASE

Upon the trustee's application for dismissal of the above captioned case on the grounds that the debtor failed to comply with the plan and the payments required thereunder, and the debtor having failed to timely reply to said motion,

IT IS ORDERED that this case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 16th day of August, 1999.

_____
GERARDO A. CARLO
U.S. Bankruptcy Judge

The Chapter 13 Trustee shall give notice to all parties in interest. See General Order 94-8.

By: JANET MALDONADO
    Deputy Clerk

COPY SENT TO TRUSTEE ON AUG 20 1999

JANET MALDONADO
DEPUTY CLERK
AUG 20 1999

AO 72
(Rev.8/82)