IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**LIZETTE PINERO PENA**<br><br>DEBTOR(S) | CASE NUMBER: **14-07746 (MCF)**<br><br>(Chapter 7)<br>NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. Other Property

| Description | Schedule Value | Amount Secured | Claimed Exemption | Value to Estate |
|---|---|---|---|---|
| Westgate Resort- Time Share Orlando Florida USA | $4,000.00 | 4,119.16 | 0.00 | $0.00 |
| Vehicle- Lexus RX 330 yr. 2004 | $7,855.00 | 0.00 | 7,855.00 | $0.00 |
| Inventory- Pigmentos de Pasarela | $4,048.00 | 0.00 | 4,048.00 | $0.00 |

3. The trustee's intends and hereby abandons these properties since these are burdensome or have no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fourteen (14) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

**I HEREBY CERTIFY:** That on the same date, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

Date: April 22, 2016

s/ Wigberto Lugo Mender
Wigberto Lugo-Mender, Trustee
Centro Internacional de Mercadeo
100 Rd 165 Suite #501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax. (787) 707-0412
Email: trustee@lugomender.com